**Order entered August 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, ET AL., Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09275

## ORDER

The Court has before it appellant's August 22, 2013 "objection to Court's order of August 19, 2013 and to notice requiring appellant to file motion for extension of deadline to file brief, motion to reconsider appellant's amended motion for leave to file appellant's brief of August 14, 2013 and, in the alternative, motion to increase word and page limits of appellant's brief, to sever appeals, and for extension of deadline to file appellant's brief(s)." The Court **DENIES** the objection, motion to reconsider, and motion to sever. The Court **GRANTS** the motion to increase word and page limits in part, and orders that appellant's brief be no more than 65 pages if not computer generated, or 19,500 words if computer generated. *See* TEX. R. APP. P. 9.4(i)(2). The Court further **GRANTS** the motion for extension of deadline and **ORDERS**

appellant to file his brief within thirty days of the date of this order. No further extensions shall be granted without a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE